# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Syed Nazim Ali,<br><br>        Charging Party,<br><br>  vs.<br><br>STATE COMPENSATION INSURANCE FUND,<br><br>        Respondent. | Case No: CV-18-6898<br><br>Complaint Filed: November 14, 2018<br>Judge Nathanael M. Cousins<br>Courtroom 5<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Joint Motion to Dismiss with Prejudice filed by the parties and good cause appearing therefore, the Court orders as follows:

This entire action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS SO ORDERED**.

Dated: December 17, 2018

GRANTED

Judge Nathanael M. Cousins